# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAYNE M. JACKSON,<br><br>                    Plaintiff,<br><br>      vs.<br><br>AKKANO, et al.,<br><br>                    Defendants. | 1:13cv00009 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>**THIRTY-DAY DEADLINE** |

Plaintiff Duwayne M. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on January 3, 2013.  Pursuant to the Court's August 26, 2013, screening order, he filed a Second Amended Complaint ("SAC") on September 25, 2013.

On March 14, 2014, the Court dismissed Plaintiff's SAC with leave to amend.  On April 9, 2014, the Court granted Plaintiff's request for a thirty day extension of time.  Plaintiff's amended complaint was due on or before May 12, 2014.  To date, Plaintiff has not filed an amended complaint or otherwise contacted the Court.[1]

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on January 11, 2013.

1

SHALL file a response to this order within THIRTY (30) days of the date of service of this order.  Plaintiff may also comply with this order by filing his amended complaint within this time frame.

**The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 27, 2014**                              /s/ Dennis L. Beck
                                                                     UNITED STATES MAGISTRATE JUDGE