# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DUWAYNE M. JACKSON,

        Plaintiff,

    vs.

AKKANO, et al.,

        Defendants.

)  1:13cv00009 DLB PC
)
)
)  ORDER DISCHARGING ORDER TO
)  SHOW CAUSE
)  (Document 17)
)
)  ORDER GRANTING **FINAL** EXTENTION
)  OF TIME TO FILE AMENDED
)  COMPLAINT
)
     **THIRTY-DAY DEADLINE**

Plaintiff Duwayne M. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  Plaintiff filed this action on January 3, 2013.  Pursuant to the Court's August 26, 2013, screening order, he filed a Second Amended Complaint ("SAC") on September 25, 2013.

On March 14, 2014, the Court dismissed Plaintiff's SAC with leave to amend.  On April 9, 2014, the Court granted Plaintiff's request for a thirty day extension of time.

On May 27, 2014, after Plaintiff failed to failed to file an amended complaint, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute.

Plaintiff filed a response to the order to show cause on June 12, 2014.  Plaintiff states that he has not been able to file an amended complaint because he has been transferred and has not

1

had all of his legal property.  For good cause appearing, the order to show cause is DISCHARGED.

Plaintiff is GRANTED an extension of time of thirty (30) days from the date of service of this order within which to file an amended complaint pursuant to the March 14, 2014, order. Insofar as Plaintiff requests Court assistance with access to the law library, the Court does not have jurisdiction over prison officials who are not parties to this action.  In any event, the Court has explained to Plaintiff on numerous occasions why his complaint does not state a claim and has provided Plaintiff with the necessary legal standards.

This action has been pending since January 2013 without an operative complaint that states a viable claim.  **Further extensions of time will be granted only upon a showing of exceptional circumstances.  The Court also noted in the March 14, 2014, screening order that this will be Plaintiff's final opportunity to amend his complaint in an attempt to comply with the applicable standards.**

IT IS SO ORDERED.

Dated:   __June 18, 2014__                         _____ /s/ _Dennis L. Beck_
                                                   UNITED STATES MAGISTRATE JUDGE

2